## 59857. NORRIS v. TRUST COMPANY OF COLUMBUS.

SMITH, Judge.

The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. McMurray, P. J., and Banke, J., concur.*

SUBMITTED MAY 7, 1980 — DECIDED
OCTOBER 22, 1980.

*James A. Elkins, Jr.,* for appellant.
*Lee R. Grogan,* for appellee.